JULIA HU
Assistant United States Attorney
1100 United States Courthouse
312 N. Spring St.
Los Angeles, CA 90012
T: 213-894-3802
julia.hu@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>YIXIN LI, aka "Eason Li," "Calvin Wong,"<br><br>DEFENDANT. | CASE NUMBER<br><br>21-CR-75-MCS-1<br><br>APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION<br>(18 U.S.C. §3142) AND REQUEST FOR HEARING |
|---|---|

Application is made by ☑ plaintiff ☐ defendant _____
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge  Maria A. Audero    by order dated: March 2, 2021

    ☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
    ☑ ordering release upon certain conditions, or
    ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
See forthcoming Memorandum of Points and Authorities and accompanying exhibits

Relief sought *(be specific)*:
Order of pretrial detention

Counsel for the defendant and plaintiff United States Government consulted on  March 5, 2021
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☐ AUSA ☑ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation
on  March 5, 2021 .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| March 5, 2021 | /s/ AUSA Julia Hu |
|---|---|
| Date | Moving Party |